OCTOBER 20, 1952

**Reap. Dec. 8171.**———————————————————————*A. U. Morse & Co., Hoyt, Shepston & Sciaroni* v. *United States.* Entered at San Francisco, Calif. Reap. Dec. 8131. Motion by defendant.